```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PATSY M. YOUNG,

                Plaintiff,

vs.                                Case No.   2:04-cv-549-FtM-33DNF

JO ANNE B. BARNHART, Commissioner
of Social Security,

                Defendant.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #20), filed February 6, 2006, recommending that this Court affirm the final decision of the Commissioner of Social Security, which denied Plaintiff's claim for social security disability and disability insurance benefits pursuant to 42 U.S.C. § 405(g).  Plaintiff filed its objections to the Magistrate Judge's Report and Recommendation (Doc. # 21) on February 24, 2006.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's Report and Recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in

N/A
N/A

N/A

N/A

whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law and those matters to which objections were filed, the Court accepts the factual findings and legal conclusions of the magistrate judge. The Court therefore accepts the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation is hereby **ACCEPTED** and **ADOPTED.**

2. The decision of the Commissioner of Social Security is **AFFIRMED.**

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this <u>1st</u> day of March, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record

-3-